**Order entered November 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00985-CR

### OCZAVEONE JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F12-60601-X**

## ORDER

The court **REINSTATES** the appeal.

On November 3, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We received the reporter's record on November 12, 2014. Therefore, in the interest of expediting the appeal, we **VACATE** the November 12, 2014 order to the extent it requires findings.

The November 3, 2014 order also noted that the Court has not received the trial court's certification of appellant's right to appeal, which the trial court is required to prepare in each case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). The certification was not filed with the reporter's record.

Accordingly, we **ORDER** the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6, to file a completed certification of appellant's right to appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE